IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSEPH SMITH, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT PONZIANO, | : | NO. 19-3624 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 19th day of November, 2019, upon consideration of Plaintiff's Motion for Remand (Doc. No. 5) and the Response in Opposition (Doc. No. 7), it is **ORDERED** that:

1. Plaintiff's Motion for Remand (Doc. No. 5) is **GRANTED**. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County;

2. Each party shall pay its own attorney's fees and costs associated with the remand; and

3. The Clerk of Court shall mark this case as **CLOSED** for all purposes, including statistics, and the pending motion docketed at Doc. No. 2 is deemed **MOOT**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE